UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JACQUELYN JOHNSON,

       Plaintiff,

-v-

THE CITY OF NEW YORK, N.Y.P.D. OFFICER
MICHAEL KREIMAN, Shield No. 10939

       Defendants.

---

Index No. : 08(NRB)(DFE)
_cv-4855_

**AFFIDAVIT OF SERVICE**

State of New York )
       ) ss.:
County of New York )

  Luis R. Ayala, being duly sworn, deposes and says that the deponent is not a party to this action, is over the age of eighteen years, is an independent process server (New York state license number 1024905), and resides in the State of New Jersey:

  (1) That on the 23rd day of May 2008 at 3:40 p.m. deponent served a Summons and Complaint in the above-captioned matter upon the City of New York at the Office of Corporation Counsel, 100 Church St., New York, NY 10007. The documents were accepted and stamped by Amanda Gonzalez, docketing clerk.

  (2) That on the 27th day of May 2008 at 3:40 p.m. deponent personally served a Summons and Complaint in the above-captioned matter upon defendant Michael Kreiman at his place of employment, NYPD 50th Precinct, 3450 Kingsbridge Ave., Bronx, NY 10463. The documents were accepted by Officer Kreiman, a white male, approximately 5'9" tall, 300

pounds, 35 years old with brown hair.

_____
Luis R. Ayala
158 Carteret St., Glen Ridge, NJ 07028

Sworn to and Subscribed Before Me
the 28th day of May 2008

_____
Notary Public

SUSAN C. BAILEY
NOTARY PUBLIC-STATE OF NEW YORK
No. 01BA6121503
Qualified in New York County
Commission Expires January 18, 2009