UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

JACQUELYN JOHNSON,  08 CV 4855 (BSJ)

                              Plaintiff,

                                    NOTICE OF APPEARANCE
        -against-

CITY OF NEW YORK, NYPD OFFICER MICHAEL
KREIMAN, Shield 10939,

                              Defendants.

------------------------------------------------------------------------ x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

       Enter my appearance as counsel in this case for defendant CITY OF NEW YORK.  I certify that I am admitted to practice in this court.

Dated: New York, New York
       June 4, 2008

                                              MICHAEL A. CARDOZO
                                              Corporation Counsel
                                                 of the City of New York
                                              *Attorney for Defendant*
                                              CITY OF NEW YORK
                                              100 Church Street, Room 3-162
                                              New York, New York 10007
                                              (212) 788-9391
                                              bmyrvold@law.nyc.gov


                                              By:   /s/  Barry Myrvold


To:    George Wachtel                     By ECF
        Law Office of Ronald L. Kuby
        *Attorneys for Plaintiff*